

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CARLOS PAZ SORIA, | § | No. 08-15-00354-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS. | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02411) |
| | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's fourth motion for an extension of time to file his brief. Appellant asserts that the record is incomplete and he has made requests to the court reporter and trial court clerk to file supplemental records. The Court will take no action on Appellant's extension request at this time. The supplemental reporter's record and supplemental clerk's records are due to be filed no later than June 5, 2016.

IT IS SO ORDERED this 6th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.

1